**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 97-40355
_____


FROST NATIONAL BANK OF
SAN ANTONIO, as Trustee of
the Ruth Chapman Cowles and
Andrew G. Cowles Charitable
Trust; SHARON J. BELL, as Co-
Trustee of the Ruth Chapman Cowles
and Andrew G. Cowles Memorial Trust;
BANK OF OKLAHOMA, NATIONAL ASSOCIATION,
as Co-Trustee of the Ruth Chapman Cowles
and Andrew G. Cowles Memorial Trust;
VICTORIA BANK & trust, as Trustee of
the Trust of the Benefit of Leta Mae
Hight and her Descendants; DOUGLAS
BURGESS, as Trustee of the Hight
Revocable Trust; MARGARET HIGHT; JOHN
O. CHAPMAN, JR., Individually and as
Trustee of the John O. Chapman Trust;
JANE CHAPMAN OWEN, also known as Nancy
Jane Owen, Individually and as Trustee
of the Nancy Jane Owen Trust; UNA CHAPMAN
COX FOUNDATION; DANNA LEA ORR, as Trustee
of the Danna Lea Orr Revocable Trust;
TRINITY UNIVERSITY; PRESBYTERIAN CHILDREN'S
SERVICES,

                                        Plaintiffs-Appellants,


ANN EICHELBERGER, Co-Trustee of the
Marital Deduction Trust under the
Will of H. L. Eichelberger, Deceased;
BROADWAY NATIONAL BANK, Co-Trustee of
the Marital Deduction Trust under the
Will of H. L. Eichelberger, Deceased,

                                        Intervenor Plaintiffs-
                                        Appellants,

                              versus

TEXACO INCORPORATED,

                                        Defendant-Intervenor

Defendant-Appellee,

TEXACO EXPLORATION AND PRODUCTION,
INC., formerly known as Texaco
Producing Incorporated,

                                    Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas
(95-CV-408)

---

December 8, 1997

Before WIENER, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In this oil and gas case implicating alleged breaches of contract by Defendants-Appellees, Texaco, Incorporated and Texaco Exploration and Production, Inc. as mineral lessees of Plaintiffs-Appellants and Intervenor Plaintiffs-Appellants (collectively, Appellants), the district court granted summary judgment dismissing all claims on alternative grounds of time bar and discharge in bankruptcy. Appellants appealed the judgment of the district court.

We have reviewed the summary judgment record from the district court, the opinion and judgment of that court, the largely uncontested facts, and the legal arguments of the parties as set

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

forth the appellate briefs and oral arguments of able counsel. As a result of our review, we are convinced that the district court's grant of summary judgment should be affirmed for the reasons given by that court.

AFFIRMED.